U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC -8 PM 3: 39

CLERK

BY EH
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

JOHN DOE, )
)
    Plaintiff, )
)
v. )  Civil Action No. 2:20-cv-00191
)
THE CORPORATION OF MARLBORO )
COLLEGE, )
)
    Defendant. )

## STIPULATION AND ORDER

The parties hereby stipulate and agree, subject to the Court's approval, that Defendant, The Corporation of Marlboro College's time in which to move, plead, or otherwise respond to the Complaint is extended through and including December 11, 2020.

Date at Brattleboro, Vermont, this 8th day of December, 2020.

By:   /s/ Theodore C. Kramer
      Theodore C. Kramer, Esq.
      Kramer Law, P.C.
      42 Park Place
      Brattleboro, VT  05301
      802-257-2221
      tck@kvpclaw.com

{B2276193.1 11869-0014}

Dated at Burlington, Vermont, this 8th day of December, 2020.

By:   */s/ Shapleigh Smith, Jr.*
      Shapleigh Smith, Jr., Esq.
      Kendall Hoechst, Esq.
      DINSE
      209 Battery Street
      Burlington, VT 05401
      802-864-5751
      ssmith@dinse.com
      khoechst@dinse.com

**SO ORDERED this** 8th **day of** Dec. **, 2020.**

JOHN M. CONROY
U. S. Magistrate Judge